AO 91 (Rev. 11/11) Criminal Complaint   Felony

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
SEP 20 2019
David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. B-19-mj-927 |
| Salvador ZIRATE Urenda | ) | |
| *Salvador ZIRATE Urenda* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, United States Code, Section 841(a)(1) | knowingly and intentionally possess with intent to distribute 80.72 kilograms of liquid methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

On September 19, 2019, Salvador ZIRATE Urenda entered the United States from Mexico via the vehicle lane at the Veterans International Bridge in Brownsville, Texas. At the primary inspection lane, a U.S. Customs and Border Protection Officer received a negative Customs declaration from ZIRATE Urenda. The Customs and Border Protection Officer observed three 5-gallon buckets in the trunk of the vehicle and referred the vehicle for secondary inspection.

Further inspection of the vehicle operated by ZIRATE Urenda revealed that the three 5-gallon buckets contained a liquid substance that field tested positive for the characteristics of methamphetamine with a total weight of 80.72 kilograms.

During his interview, ZIRATE Urenda admitted to knowingly and intentionally transporting the three buckets for a drug trafficking organization from Mexico into the United States.

☐ Continued on the attached sheet.

*Complainant's Signature*

Marisella Valenzuela, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Sept 20, 2019
*Date*

*Judge's signature*

Brownsville, Texas
*City and State*

Ronald G. Morgan   U.S. Magistrate Judge
*Printed name and title*